# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.   CV 12-6023-BRO(AJWx) | Date:  October 31, 2013 |

Title:  SARA ALTAMIRANO, ET AL. VS. MATSU, LLC, ET AL.

Present: The Honorable   ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:

**Proceedings:**    ORDER REGARDING DEFENDANTS' MOTION TO COMPEL (1) FURTHER DEPOSITION TESTIMONY, (2) HIPPA AUTHORIZATIONS, AND (3) RELIEF FROM FED.R.Civ.P. 30(a)(2)(a)(i)

Any opposition must be filed no later than November 12, 2013. No reply in support of the motion is desired.  Plaintiffs are cautioned that failure to file opposition within the deadline may be construed as plaintiff's consent to the granting of the motion in its entirety.

IT IS SO ORDERED.

cc: Parties

                                                                                              :
                                            Initials of Preparer   yb