ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@gordonrees.com
STEVEN SOBEL (SBN: 177210)
ssobel@gordonrees.com
K.C. SWISHER (SBN: 245238)
kswisher@gordonrees.com

GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
MATSU, LLC & LEXINGTON ASSET MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ALTAMIRANO, DAVID ALTAMIRANO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MATSU, LLC, a Delaware limited liability company, and LEXINGTON ASSET MANAGEMENT (TN), LLC., a Tennessee Limited Liability Company, and DOES 1 through 200,<br><br>Defendants.<br><br>AND RELATED ACTION. | CASE NO. CV12-6023 BRO (AJWx)<br>ORDER ON<br>**PLAINTIFFS' AND DEFENDANTS' JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge.: Beverly Reid O'Connell<br>Courtroom: 14 - Spring<br><br>Complaint Filed: June 13, 2012 |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiffs and defendants MATSU, LLC and LEXINGTON ASSET MANAGEMENT COMPANY, LLC (collectively "Defendants"), by and through their counsel of record, hereby stipulate and jointly move this Court, pursuant to Federal Rule of Civil Procedure 41, subsection (a)(1)(A)(ii), to dismiss this entire action with prejudice, including Plaintiffs' Complaint and Defendants'

Counterclaim. The parties have resolved this matter in its entirety. Plaintiffs and Defendants further stipulate to bear their own fees and costs. All persons executing this joint stipulation for dismissal hereby acknowledge that they have full authority to do so on behalf of their respective clients.

Dated: November 20, 2014

Respectfully submitted,

GORDON & REES LLP

By: _____
K.C. SWISHER
Attorneys for Defendants
MATSU, LLC & LEXINGTON ASSET MANAGEMENT, LLC

Dated: November 20, 2014

BASTA, INC.

By: _____
MATT BRINTON
Attorneys for Plaintiffs

Counterclaim. The parties have resolved this matter in its entirety. Plaintiffs and Defendants further stipulate to bear their own fees and costs. All persons executing this joint stipulation for dismissal hereby acknowledge that they have full authority to do so on behalf of their respective clients.

Respectfully submitted,

Dated: November 14, 2014        GORDON & REES LLP

By: _____
K.C. SWISHER
Attorneys for Defendants
MATSU, LLC & LEXINGTON ASSET MANAGEMENT, LLC

Dated: November 20, 2014        BASTA, INC.

By: _____
Matt Brinton
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: November 21, 2014

_____
UNITED STATES DISTRICT JUDGE